UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:12-cv-00062-FL

| | |
|---|---|
| UNITED STATES, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) ) |
| HARRELL'S PERSONAL PROPERTY, SPECIFICALLY: | ) ) ) |
| EDWARD JONES INVESTMENT ACCOUNTS NUMBERED 257-04486, 257-13608 and 257-10382; and | ) ) ) ) ) |
| EAST CAROLINA BANK ACCOUNT NUMBERED 45373206, | ) ) ) ) |
|    Defendants. | ) ) |

## ORDER

This matter comes before the Court on the motion of VantageSouth Bank to permit the bank to file a Verified Claim/Statement of Interest and an Answer in the above-captioned action.

In accordance with Rule G(5)(a)(ii) of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action, and for good cause otherwise shown, VantageSouth Bank's motion is GRANTED. VantageSouth shall file and serve a Verified Claim/Statement of Interest and an Answer in this matter within ten (10) days of entry of this order.

This __30th__ day of __August__, 2013.

                                                                                 /s/ Louise W. Flanagan
                                                                Judge Louise W. Flanagan
                                                                United States District Court
                                                                Eastern District of North Carolina